UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE BALDWIN,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>   Defendant. | Case No. ED CV 09-513-PJW<br><br>J U D G M E N T |

  In accordance with the Memorandum Opinion and Order filed herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

  DATED: May 10, 2010.

             _____
             PATRICK J. WALSH
             UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\Baldwin\Judgment.wpd